# NO. 12-19-00092-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE:* | § | |
| *BARBARA MOTT BORDELON,* | § | *ORIGINAL PROCEEDING* |
| *RELATOR* | § | |

### MEMORANDUM OPINION
### PER CURIAM

Barbara Mott Bordelon filed an original proceeding in which she challenged the denial of her motion to dismiss for want of prosecution.[1] On April 30, 2019, this Court conditionally granted Bordelon's petition and directed Respondent to vacate his February 9, 2019, order denying Bordelon's motion to dismiss, and in its stead, to issue an order granting Bordelon's motion and dismissing Lois Hale's lawsuit against Bordelon, without prejudice. By an order signed on May 1, Respondent complied with this Court's opinion and order, rendering this proceeding moot. Accordingly, we dismiss Bordelon's petition for writ of mandamus as ***moot***.

Opinion delivered May 8, 2019.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)

---

[1] Respondent is the Honorable Paul E. White, Judge of the 159th District Court in Angelina County, Texas. Lois Hale is the Real Party in Interest.



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**MAY 8, 2019**

**NO. 12-19-00092-CV**

**BARBARA MOTT BORDELON,**
Relator
V.

**HON. PAUL E. WHITE,**
Respondent

## ORIGINAL PROCEEDING

ON THIS DAY came to be heard the petition for writ of mandamus filed by Barbara Mott Bordelon; who is the relator in appellate cause number 12-19-00092-CV and the defendant in trial court cause number CV-02421-13-06, pending on the docket of the 159th Judicial District Court of Angelina County, Texas. Said petition for writ of mandamus having been filed herein on March 12, 2019, and the same having been duly considered, because it is the opinion of this Court that the writ should not issue, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition for writ of mandamus be, and the same is, hereby **dismissed as moot**.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*